UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| Dennis L. Huxtable,<br><br>    Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company,<br><br>    Defendant. | File No. 8:11-CV-154-JFB-FG3<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the above-entitled matter having been fully resolved, pursuant to the Stipulation for Dismissal with Prejudice [Doc. No. 9] executed by counsel, **IT IS ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITH PREJUDICE** and with each party to bear their respective court costs.

SO ORDERED.

Dated:  June 8, 2011

*BY THE COURT*:

*s/ Joseph F. Bataillon*
*JOSEPH F. BATAILLON*
*U.S. DISTRICT COURT JUDGE*

441627.1